IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY MOORE | § | |
| v. | § | CIVIL ACTION NO. 6:15cv656 |
| DIRECTOR, TDCJ-CID, ET AL. | § | |

## ORDER DENYING MOTIONS TO REOPEN CASE AND FOR OTHER RELIEF

The above-entitled and numbered civil action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the lawsuit should be dismissed without prejudice for failure to exhaust administrative remedies. The lawsuit was dismissed on April 22, 2016, and Plaintiff appealed. The appeal was dismissed for want of prosecution on June 21, 2016.

Over two years later, on July 23, 2018, Plaintiff filed a motion asking that his case be reopened, together with a number of other motions. The Magistrate Judge issued a Report recommending that all of the motions be denied. The Plaintiff filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the case, has been presented for consideration. The court has conducted a *de novo* review of the objections raised by Plaintiff to the Report. It concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Plaintiff's motion to reopen his case (docket no. 53), for an evidentiary hearing (docket no. 55), for class certification (docket no. 56), for appointment of counsel (docket no. 57), to issue summons (docket no. 58) and for the U.S. Marshal to effect service (docket no. 60) are **DENIED**.

**SIGNED** this the 5th day of February, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1